Alfred Erik Caroffa ADC#350727
Name and Prisoner/Booking Number

Arizona State Prison Complex-Tucson
Place of Confinement

POBox 24403 (C53 H46A02)
Mailing Address

Tucson Arizona 85734-USA
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| | |
|---|---|
| ✓ FILED | ☐ LODGED |
| ___ RECEIVED | ___ COPY |
| | |
| **FEB 2 3 2023** | |
| CLERK U S DISTRICT COURT | |
| DISTRICT OF ARIZONA | |
| BY_____ DEPUTY | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

CV-23-91-TUC-JGZ(PSOT)

Ex parte
Alfred Erik Caroffa
ADC#350727
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Arizona Dept of Corrections,
(Full Name of Defendant)

(2) C/o OLMS,

(3) David Shinn et. al.,

(4) United States of America,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

Class member
of
2-12-cv-00601-
CASE NO. PHX-ROS-
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   ☒ Other: Official/Individual Capacities/42 USCS 3 1997d.

2. Institution/city where violation occurred: Tucson Arizona/ASPC-Tucson
   U.S. District Court Phoenix Arizona.

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: Arizona Dept of Corrections The first Defendant is employed as: Arizona Dept of Corrections at State prison Complex .
(Position and Title) (Institution)

2. Name of second Defendant: C/O OLMS . The second Defendant is employed as: as: Correctional officer at Arizona State Prison Complex TUCSON
(Position and Title) (Institution)

3. Name of third Defendant: David Shinn et al. The third Defendant is employed as: Director of ADCi at State governmental unit
(Position and Title) (Institution)

4. Name of fourth Defendant: United States . The fourth Defendant is employed as: United States of America at Federal government unit
(Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? 77 . Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Alfred E. Caroff v. Arizona Dept of Corrections
   2. Court and case number: 22-6531 U.S. Supreme Court
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) Pending Conferrence

b. Second prior lawsuit:
   1. Parties: Jensen et al. v. Shinn et al.
   2. Court and case number: 2-12-CV-00601-PHX-ROS
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) Active class Member in 4:23-CV-00057-PHX-TUC-JGZ-

c. Third prior lawsuit:
   1. Parties: Jensen et al. v. Shinn et al.
   2. Court and case number: 2-12-CV-00601-PHX-ROS
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) Active class Member in 4:23-CV-00058-TUC-JGZ (by federal court order(s) signed by Judge silver.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. Defendant(s)

(5) The name of the fifth Defendant is John Doe #474B (Inmate on HUGA Run Rincon Unit at ASPC Tucson). the fifth Defendant is employed by NO ONE and IS AN Inmate at ASPC-Tucson on Rincon Unit C53 HUGA RUN.

(6) the Name of the sixth Defendant is Judge Liburdi. the Sixth Defendant is employed by the United States of America In official and Individual Capacities.

(7) the Name of the Seventh Defendant is Judge Jennifer G. Zipps. the seventh Defendant is Employed by the United States of America. In official and Individual Capacities.

2(a) of 6 of 31 total

B. Defendant(s)

(8) the 8th Defendant is Named as "unknown correctional personnel of Housing unit 11" the 8th Defendants are employed as Correctional Staff at Arizona State Prison Complex-Tucson on Housing unit 11 Between May 12th 2022 until Present. IN official and Individual Capacity.

(9) the Name of the Ninth Defendant is unknown correctional personnel of Housing unit 10" the 9# Defendant(s) are employeed as correctional Staff at Arizona State Prison Complex-Tucson on Housing unit 10 Between May 12# 2022 and Present. IN official and Individual Capacities.

(10) the Name of the tenth Defendant is unknown correctional personnel of Housing unit Six → (C53). The 10th Defendant are employeed as correctional Staff at Arizona State Prison Complex Tucson on HU10 Between 12/19/22 to 2/6/23. IN

2(b) of 6 of 37 total

## B. Defendants

## Official and Individual Capacities.

(11) the Name of the eleventh Defendant(s) IS unknown Medical Personnel of Centurion Medical group on HU10, HU11 and HU6. The eleventh Defendants Are employed by Centurion Medical group under Contract with the State of Arizona and the Arizona Dept of Corrections.

(12) Name of the 12th Defendant is the ~~state~~ State of Arizona. the 12th Defendant is employeed with No one And is In official Capacity only.

(13) Name of the 13th Defendant is the President of the United States Joe Biden. the 13th Defendant is employed by the United States of America and Is in official Capacity only to uphold the U.S.Constitution.

B. Defendants

(14) the name of the 14th Defendant is Sgt. Major. The fourteenth Defendant is employed as AN Sgt. at Arizona State Prison Complex-Tucson-(Rincon Unit) and IN official and Individual Capacities.

(15) the name of the 15th Defendant is correctional officer obeso. the 15th Defendant is employed as A correctional officer at Arizona State prison Complex-Tucson Rincon Unit in official and Individual Capacities.

(16) the name of the 16th Defendant is correctional officer Butkins. The 16th Defendant is employed as correctional officer at Arizona State Prison Complex-Tucson on Rincon Unit in official and Individual Capacities.

## B- Defendant(s)

(17.) the 17th Defendant is: C/o Jane Doe #663 the 17th Defendant is employed as property/ mail officer on Rincon unit ASPC-Tucson. In official and Individual Capacities on 11/28/2022.

(18) the 18th Defendant is C/o Rodriguez_ the 18th Defendant is employed as Correctional officer at ASPC-Tucson Rincon unit HU10 on 11/28/2022. In official and Individual Capacities.

(19) the 19th Defendant is C/o Leyve the 19th Defendant is employed As Correctional officer at ASPC-Tucson Rincon unit HU10 on 11/28/22 In official and Individual Capacities.

(20) the Name of the 20th Defendant is Sgt. Wade, the 20th Defendant is employed as A Sgt. At Aspc-Tucson Rincon Unit in official and Individual capacities

2(e) of 6 of 37

## B. Defendant(s)

(21) The Name of the 21st Defendant is Sgt. Anello. The 21st Defendant is employed as A Disciplinary Sgt. et ASPC-Tucson Rincon unit HU 6 and 11 and in official and Individual Capacities.

(22) the Name of the 22nd Defendant is Ronee korbin-Stiener. The 22nd Defendant is Employed as A Judge of the Superior Court of Maricopa County and is in official and Individual Capecities

(23) the Name of the 23rd DEfendant is Frank Moskowitz. the 23rd Defendant is Employed as A Judge of the Superior Court of Maricopa County and is in official and Individual Capacities.

2(f) of 6 of 31

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Fourth-teenth Amendment U.S. Constitution

2.  **Count I.**  Identify the issue involved.  Check only one.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☒ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

On Feb. 6th 2023, Defendant Correctional Officer OLMS Refused to Process Multi-Reciepts for withdrawl(s) from My Inmate Account for Legal Mail Being Deposited Into this facility Legal Mailing System. Again Causing Another Delay in filing Federal Court documents and Civil Complaints to the Federal Court for my Conviction, Sentence and Conditions of Confinement.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Violation of Constitutional Rights, Privileges and Immunities Secured by the Federal Constitution.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _8th Amendment_
_U.S. Constitution_

2.  **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    ☐ Basic necessities            ☐ Mail            ☒ Access to the court            ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property        ☐ Exercise of religion           ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    ON 2/6/2023. Correctional officer OLMS
    Actively Interferred with the filing of
    FEDERAL Court documents. By Refusing
    to file Civil Action Complaints and Motions
    to the federal Courts under Conditions of
    Confinement During An habeas Corpus case(s)
    filed to the U.S. District Court and to the
    Supreme Court of the United States with
    Different Civil action Case Numbers.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    Actively Interference with the filing of federal
    Court Documents under Lewis V. Casey

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                              ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count II?           ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?  ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1) State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution

2. **Count III.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☒ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety      ☒ Other: (2 USCS § 1994(d))

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

As An Act of Retaliation by Correctional
Officers at ASPC-Tucson on Rincon Unit
7/00 LM's Actively Interferred with the
Filing of Federal Court documents under
Conviction, Sentence and Conditions of
Confinement During An Active writ of
Habeas Corpus.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s)
Violation(s) of and Retaliation for Reporting
And Seeking My Constitutional Rights.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?      ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?      ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

<u>Count Four</u>

(1) <u>constitutional Right violated</u> - 8th Amendment U.S. Constitution.

(2) <u>count four</u> - violation of 42 USCS §1997d(d) Prohibition of Retaliation.

(3) <u>supporting facts</u> — on 2/6/2023, After C/O Olms had left from in front of my door. Inmate John Doe #A74B was escorted twice past my cell Door. when he made two comments as he passed by. the first. "And he thinks he's going home" and the second "he's gonna BE Suckin' Alota Dick" while in conversation with An Correctional officer Henry. Who I didn't hear An Reply. and A female C/O the first time. which is on camera footage from the Hallway of A Run on Housing unit six (C58 unit)

(4) <u>Injury</u> — Comments ment to Anger this Petitioner As A form of Retaliation. to help correctional officers create Another threat to safety and security.

5(a) of <u>16</u> of <u>31</u>

(5) (a) yes
    (b) yes
    (c) yes

## Count Five

(1) <u>Constitutional Right violated</u> - <u>14</u>th Amendment U.S. Constitution.

(2) <u>Count Five</u> - violation of Section <u>1981</u> (C) - Equal Rights under the Law. (<u>1981</u>(a) (b)(c))

(3) <u>Supporting facts</u> - The Arizona Dept. of Corrections Policy to taking Privileges of commissary Items, Phone calls and other Privileges is in Constitutional conflict with United States Laws under the Above cited code of the United States of America.

(4) <u>Injury</u> - Arizona Dept. of Corrections Disciplinary policy <u>violates</u> the Laws of

5(5) of <u>16</u> of <u>31</u>

the United States of America.

(5) (A) yes (b) No (c) No (d) It is An
Conflict of Constitutional Law and State
Policy of the Arizona Dept. of Corrections.

## Count six

(1) Constitutional Right violated - 8th
Amendment U.S. Constitution

(2) count six - violation of section 1986
of 42 USCS.

(3) supporting facts - State Employees
on Housing Unit Camera's of Housing 10 and
11 from May 12th 2022 until Dec. 19th 2022.
and on Housing Unit 6 from Dec. 19th 2023
until Present. having knowledge of the
facts that this habeas corpus petitioner
is waiting for A federal Judge to sign a
Federal writ of habeas corpus and/or to have

5 (C) of 16 of 31

A hearing for the presenting of Evidence in A habeas Corpus Case. who conspired to do, be Committed And had the Power to Prevent or to Aid in preventing the act of the SAME. But Did Nothing But Actively Interferred with or/and Stood by while others Actively Interferred with the filing(s) of Federal Court document(s) under Conviction, Sentence and Conditions of Confinement.

(4) <u>Injury</u> - knowingly and willingly Doing Nothing to prevent the delays in A writ of habeas corpus in Federal Court.

(5) (a) yes
    (b) yes
    (c) yes

5(d) of <u>16</u> of <u>31</u>

## D. Cause of Action

## Count Seven

(1) Constitutional or other federal civil Right that was Violated - 8th Amendment of the U.S. Constitution.

(2) Count Seven - Mail-(Legal)

(3) Supporting facts - On November 28th 2022 Defendants Sgt. Mojar, C/o Obeso, C/o June Doe #663, C/o Butkins, C/o Leyve C/o Rodriguez, Did conspire to Deny the Mailing of A writ of habeas corpus which was the Court Approved federal document of habeas corpus Case. 2:22-CV-00813-PHX-MTL (ESW) outside gate 13 on 10/11 units yard in Rincon unit at Arizona State Prison Complex-Tucson. In official and Individual capacities under color of State Law with the Authority of the State of Arizona.

5(e) of 16 of 31

(4) Injury – Deprived Liberty by Prison
official(s) Actively Interferring with
the habeas corpus case of Alfred Erika
Caruffa A Dc #350727.

(5) (a) yes   (b) yes   (c) yes

D. Cause of Action

Count Eight

(1) Constitutional or other federal civil
Right that was violated: USCS Const. Article
ONE section Nine clause two

(2) ~~Habeas~~ Count 8 Habeas corpus.

(3) Supporting facts – under color of state
Law in official and Individual Capacities
Defendant(s) Sgt. Mojar, Butkins, Leyve, June

5(f) of 16, of 37

Doe #663, obeso, Rodriguez conspired to deny Access to the Courts in An Attempt to Steal federal court documents(s) In A writ of habeas Corpus, And appeal Action to the 9th circuit Court and documents Being filed to the U.S. Supreme Court on 11/10 yard of Rincon Unit at ASPc-Tucson on November 28th 2022.

(4) Injury — Suspending the release and possible hearing in A writ of habeas Corpus case.

(5) (a) yes (b) yes (c) yes

D. Cause of Action

Count Nine

(1) Constitutional or other federal civil Right that was violated — 14th Amendment of the U.S. Constitution.

5(g) of 16 of 31

(2) Count Nine - Arizona Constitution
ARS Const. Article two section 14 -
Habeas Corpus.

(3) Supporting facts - Under color of State
Law with the Authority of the State of
Arizona In official and Individual capacities
Defendants Sgt. Major and Correctional
officers obeso, Jane Doe #663, Butkins,
Leyve and Rodriguez on November 28th
2022. Did suspend the hearing and/or
signing of A writ of habeas corpus with
An Attempt to steal federal court documents
and the court-approved Federal writ of
habeas corpus. Being filed to the Federal
Courts in Phoenix, Arizona.

(4) Injury - Deprivation of Liberty by
Authorities of the State of Arizona

(5)(A) yes (b) yes (c) yes

D. Cause of Action

5(H) of 16 of 31

## Count Ten

(1) Constitutional Right violated - 14th Amendment U.S. Constitution

(2) Count Ten - Arizona Constitution ARS Const. Article (2) two section 32 -

(3) supporting facts - Honorable Judge Ronee Korbin - Steiner in official and Individual capacity knowingly and willingly Unconstitutionally convicted and Sentenced Alfred/Erik Caroffa to A prison term of (16) Sixteen years in Violation(s) of federal and state constitutional Laws.

(4) Injury - As of today 1,155 days of An Unconstitutional Incarceration In the Dept of Corrections, State of Arizona.

(5) (a) yes (B) no (C) no (d) is A. federal issue

5 (I) of 16 of 31 .

## D - Cause of Action

## Count 11

(1) Constitutional Right violated:
Fourteenth Amendment U.S. Constitution

(2) count eleven - Arizona Constitution
A.R.S. Const. Art. six section twelve (B)

(3) Supporting facts - Defendant(s)
Judge Frank Moskowitz and trial Judge
Ronee korbin-Stiever presided over
Criminal action CR2019-155732-001
as An Unconstitutionally elected to
their office(s) to serve as A Judge for
the Superior Court of Maricopa County.

(4) Injury - Unconstitutionally elected/
Judge's Ruling in my criminal case in
An unconstitutional Conviction and
prison sentence.

5(5) of 16 of 31

(5) (A) yes (B) No (C) No (d) Is An
federal Court issue

D. Cause of Action
Count 12
(1) constitutional Right violated - 14th
Amendment, U.S. Constitutional.

(2) count 12 - Arizona Constitutional Law
A.R.S. Const Article six section five (1)

(3) Supporting facts IN January 2021,
Under official and Individual capacities
with the Authority of the State of Arizona
Maricopa County Judge Frank Moskowitz
deprived original Jurisdiction of the
Arizona Supreme Court in A Habeas
Corpus case filed to the Arizona Supreme
Court. And proceeeded to Unconstitutionally
Dismiss the habeas Action without An
Reply or Answer from Respondant(s). or
holding A hearing to present Evidence.

5(K) of 16 of 37

(4) Injury - An unconstitutionally elected Superior Court Judge Dismissing the Writ of Habeas Corpus Unconstitutionally outside the Jurisdictions of his Authority.

(5) (a) yes (b) no (c) NO (d) Is An issue not of this facility.

## D. Cause of Action

### Count 13

(1) Constitutional Right Violated - Article one clause nine of U.S. Constitution.

(2) count 13 - Habeas Corpus

(3) Supporting facts - Under Authority of the State of Arizona in official and Individual Capacities Superior court Judge Frank Moskowitz suspended the writ of

5(L) of 16 of 31

habeas Corpus Outside the Jurisdiction.
of his court In January 2021 and than
recused himself as the trial Judge.

(4) Injury - Violations(s) of U.S. Constitution
And the Constitutional Rights of this
habeas Petitioner

(5) (a) yes  (b) no  (c) no  (d) is An Issue
for the federal courts.

## D. Cause of Action

## Count Fourteen

(1) Constitutional Right violated —
8th Amendment of the U.S. Constitution.

(2) Count 14 — Deprivation of Liberty.

(3) Supporting facts — Defendant(s) Judge's
Liburdi, Ronee Korbin — Stiener and Frank

5 (M) of 16 of 31

Moskowitz have Deprived Liberty to this habeas corpus by Not Adhereing to U.S. Constitutional Laws and Laws of this United States.

(4) <u>Injury</u> — Deprived the Right of Liberty

(5) (a) yes (b) No (c) No (d) is A federal Court issue

## D. Cause of Action

### count fifthteen (15)

(1) <u>Constitutional Right violated</u> = Article six Clause two U.S. Constitution

(2) <u>Count 15</u> — Supreme Law.

(3) <u>Supporting facts</u> — Defendant(s) Libardi, Frank Moskowitz and Ranee Korbin-Stiener have Violated the Supreme Laws of ~~This~~

5(N) of 16 of 31

United States by not Adhereing to
clearly estabished Federal and State
Constitutional Laws.
        To prolong the UN constitutional
Custody of the State of Arizona over
this habes petitioner.


(4) Injury - Deprivation of U.S.
Constitutional Rights, privileges and
Immunities.


(5) (a) yes (b) no (c) no (d) Is An
        Federal Court issue.


### D- Cause of Action

### Count sixteen

(1) Constitutional Right violated - USCS
Const. Amendment Five Pt. 1 of 13

(2) Count 16 - Due process

5(6) of 16 of 37

(3) Supporting facts - under the
Authority of the United States of
America In official And Individual
Capacities Defendant Liburdi Judge
of the District Court of Arizona has
Deprived Liberty and property from this
habeas corpus petitioner in clearly
cited procedures of habeas corpus.

(4) Injury — Deprived Liberty and property
by the United States of America by
A District Court Judge in official
Capacity and Individual Capacity.

(5) (a) yes (b) No (c) No (d) IS An
federal court Issue

5 (P) of 26 of 31

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I seek against the Individuals As Defendants 8/9/10/11 the total Sum of 18800 dollars Per day at 10,000 00 dollars to one Ratio Plus Interest on this Judgment starting May 12th 2022 Under the Day of my Release from custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb. 6th 2023
_____
DATE

_____
SIGNATURE OF PLAINTIFF

Alfred "Erika" Careffe ADC#350727
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

None at this time
(Signature of attorney, if any)

None at this time
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

E. Request for Relief.

Against Defendant(s) one and twelve I Seek the Nulling of Arizona Dept. of Corrections Unconstitutional policy of Loss of Privilege. In disciplinary action(s).

Against Defendant two I Seek the Sum of $15000.00 dollars. In Individual capacity.

Against Defendant one In official Capacity I Seek $450,000.00 Dollars. And Against Defendant Five, I seek the Sum of $20000.00 dollars

Also Against Defendant four I seek the Sum of $5,000,000.00 million dollars and Defendant (12) In official Capacity I Seek $323,000.00 Dollars.



ADC# 380727
Alfred Eric Carter
2/16/2023

6 (a) of (4) of 31 total

## E. Request for Relief

Against Defendant Six I seek the Impeachment of Judge Liburdi for Misconduct and not uphold his oath to office to uphold the U.S. Constitution to the Best of his ability.

Also An additional $8,000,000.00 dollars against the United States of America for Liburdi's acts in official Capacity.

Against Sgt. Mojar/ C/o OBESO/ C/o Butkins C/o Jane Doe #663/ C/o Rodriguez/ C/o Leyue I seek the sum of 5million Dollars Dollars plus 5,000 to one Ratio and Interest on this Judgment. plus 3 million Dollars for their actions in official Capacity From the State of Arizona.

Against Sgt. Wade/ Sgt Anello/ I seek the sum of 250 million dollars plus 1,000 to one Ratio and Interest on this Judgment for their act(s) in Individual capacities. Plus Five million dollars for their action(s) in official

6 (b) of (4) of 37 total

Capacity under color of State Laws.

Against Defendant(s) Ronee korbin-
Stiener and Frank Moskowitz for their
official actions(s) in official and Individual
Capacities, I seek the Sum of 300,000 oo
Dollars and from the state of Arizona
for their acts in official Capacity I seek
An Additional (10) million dollars.

6 (c) of (4) of 37 total

I Alfred Erika Caraffa Hereby
State that I placed the enclosed
122 Pages of federal document(s)
In the Institutional Legal mailing
system of ASPC-Tucson Rincon unit
HUB A02 for first class Postage
Sent to the U.S. District
Court house.
A copy was Supplied to
the Attorney General of
the State of Arizona,
Icatie HoBBS on 2/17/23
2/16/2023
ADC # 350727
Left thumb print w/
DNA of Alfred Erika
Caraffa ADC#350727
on Camera in prison cell
(2) A on Housing unit Six
Rincon Complex ASPC-Tucson